In re Election of Directors and Officers of Cumberland Mining
& Milling Co.

McCALL et al., Appellants, v. CROCKER, Respondent.

(153 N. W. 761.)

(File No. 3694. Opinion filed July 16, 1915.)

**Appeals—Error—Brief—Assignments of Error, Necessity for—
Affirmance—Statute—Rule of Court.**

Where appellants' brief contains no assignment of error, and
attention was called to this fact by respondent, and, although
appellants filed reply brief, the defect was not remedied, **held,**
that nothing is presented for review on appeal, and, under
Laws 1913, Ch. 172, requiring appellant's brief to contain a
statement of errors assigned, and Supreme Court Rule 5 (140
N. W. viii) requiring appellant to present assignments of error
upon which he intends to rely, and providing that any assign-
ment of error not so presented may be deemed abandoned, the
order appealed from will be affirmed.

Appeal from Circuit Court, Pennington County. Hon. LEVI
McGEE, Judge.

In the matter of the election of directors and officers of the
Cumberlaind Mining & Milling Company, a corporation. From
a judgment of the Circuit Court, in favor of Frank C. Crocker,
A. M. McCall, and others appeal. Affirmed.

*Nichols & Wilson,* and *Frank D. Bangs,* for Appellants.

*James W. Fowler, Jr.,* and *John W. Raish, (James W. Fow-
ler,* of Counsel) for Respondent.

Respondent submitted that: There are no assignments of
error in appellant's abstract or statement of the case. No speci-
fications of error are referred to.

GATES, J. Appellants' brief contains no assignment of
errors. There is therefore nothing before us for consideration.
Attention was called to this defect by respondent, and, although
appellants filed a reply brief, the defect was not remedied.

The order appealed from is therefore affirmed. Sorg. v.
Wells, 33 S. D. 142, 144 N. W. 918; State v. Johns, 25 S. D.
451, 127 N. W. 470; Williams Bros. Lumber Co. v. Kelly, 23 S.
D. 582, 122 N. W. 646; chapter 172, Laws 1913; Supreme Court
rule 5 (140 N. W. viii).

POLLEY, J., not sitting.